# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| SUNTRUST BANK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:12-0001 |
| | ) | Judge Sharp |
| CRAIG B. JONES, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

After Magistrate Judge Bryant issued an Order requiring Plaintiff Suntrust to show cause on or before August 24, 2012, as to why the complaint should not be dismissed for failure to obtain service of process on Defendants, and Plaintiff failed to respond to that Order, he entered a Report and Recommendation (Docket No. 17), recommending that the case be dismissed. No objections have been made to the R & R, and the time for filing such objections has run.

The R& R (Docket No. 17) is hereby ACCEPTED and APPROVED, and this case is hereby DISMISSED for failure to obtain service on Defendants in accordance with Rule 4(m) of the Federal Rules of Civil Procedure. The Clerk is directed to enter Judgment in a separate document in accordance with Federal Rule of Civil Procedure 58.

It is SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE